ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
David Parker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID PARKER, | Case No. C-04-01580-CRB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| AMERICAN SHIP MANAGEMENT, LLC, | |
| Defendants. | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: May 3, 2005          LAW OFFICES OF LYLE C. CAVIN, JR.


                            By: _____/s/_____
                                Alfred G. Johnson
                                Attorneys for Plaintiff
                                David Parker

---

Dated: May 3, 2005            EMARD, DANOFF, PORT & TAMULSKI

By: _____/s/_____
       Eric Danoff
       Attorneys for Defendant
       American Ship Management

IT IS SO ORDERED.

APPROVED
Charles R. Breyer

Dated: May 5, 2005

_____
Charles R. Breyer
United States District Judge